**Order entered December 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00478-CV

### IN RE ARTHUR JOYAL BARKER Relator

**Original Proceeding from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. W04-35305**

## ORDER

Before the Court is relator's motion seeking discovery, received by the Court on December 2, 2019. The Court dismissed this original proceeding for want of jurisdiction by written opinion dated May 3, 2018. Accordingly, we **DENY AS MOOT** the motion received on December 2, 2019.

/s/     DAVID L. BRIDGES
         JUSTICE